

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 450 Main Street | 141 Church Street | 915 Lafayette Boulevard |
| Hartford, CT  06103 | New Haven, CT  06510 | Bridgeport, CT  06604 |
| Phone:  860.240.3200 | Phone:  203.773.2140 | Phone:  203.579.5863 |
| Fax:  860.240.3211 | Fax:  203.773.2334 | Fax:  203.579.5867 |

**Robin D. Tabora**
Clerk

**Dinah Milton Kinney**
Chief Deputy Clerk

**Jane R. Bauer**
Operations Manager

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, Hartford

**Bryan Blough**
Division Manager, Bridgeport

June 15, 2018

## NOTICE TO COUNSEL

Case Name**:  Vera, et al. v Liberty Mutual Fire Insurance Company**

Case Number: 3:16-cv-00072-RNC

A Request to Certify Question of Law has been docketed in the above captioned case.  The Supreme Court of the State of Connecticut requires us to submit eight copies of the relevant pleadings and briefs with the certification request.  In that regard, we ask counsel to confer and to provide us with eight copies of those pleadings and briefs you deem necessary for the Supreme Court to consider this certification request. Please mail the documents to the Clerk's Office at the **Hartford** address listed above ☒ within 30 days of the date of this notice ☒ by July 16, 2018.


ROBIN D. TABORA, Clerk


By:/s/ Lynne Pipech
Deputy Clerk